UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RACHELLE CLERVIL,

    Plaintiff,

v.                                Case No.: 2:20-cv-00434-JLB-MRM

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.
_____/

## ORDER

    The parties have reached a settlement. (Doc. 12.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is directed to close the case.

    **ORDERED** in Fort Myers, Florida, on September 14, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE